**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jerome SMITH, Defendant–Appellant.**

No. 12–7666.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 21, 2013.

Decided: Feb. 25, 2013.

Jerome Smith, Appellant Pro Se. Elizabeth Wu, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before AGEE and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM:

Jerome Smith appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no abuse of discretion by the district court. Accordingly, we affirm for the reasons stated by the district court. *United States v. Smith,* No. 3:10–cr–00217–REP–1 (E.D.Va. Mar. 19, 2012). We deny Smith's motion for appointment of counsel, and we dispense with oral argument because the facts and legal conten-

tions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*